IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR306 |
| v. | |
| FRANK DEES, JR., | ORDER |
| Defendant. | |

This matter is before the court on its own motion. The court is advised by U.S. Probation and Pretrial Services that the defendant is deceased. Accordingly, the term of supervised release is terminated.

Dated this 4th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge